UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOSE CARRION, :
:
Petitioner, :
: 23-CV-7374 (JMF)
-v- :
: ORDER
MRS. MCINTOSH, :
:
Respondent. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    On October 24, 2023, an Order that was mailed to Petitioner's address on file, Fishkill C.F., P.O. Box 1245, Beacon, NY 12508, was returned to the Court because Petitioner was "RELEASED." Based on a cross-check with New York State's online inmate lookup[1] and Respondent's recent Affidavit of Service, ECF No. 18, it appears that Petitioner is now in custody at a different facility, and that his new address is **Clinton Correctional Facility, 1156 Rt. 374, P.O. Box 2001, Dannemora, NY 12929**.

    No later than **October 27, 2023**, Respondent shall investigate whether and where Petitioner is currently incarcerated and inform the Court if he is not at Clinton Correctional Facility or reachable at the address indicated above. In the meantime, Petitioner is reminded that he must notify the Court in writing if his address changes again and that the Court may dismiss the action if he fails to do so promptly.

    The Clerk of Court is directed to update the docket with Petitioner's new address at Clinton Correctional Facility and to mail a copy of **both** this Order and the Court's September 27, 2023 Order, ECF No. 14, to Petitioner at that address.

    SO ORDERED.

Dated: October 25, 2023
       New York, New York

                                      JESSE M. FURMAN
                                      United States District Judge

---

[1] A copy of the search result for Petitioner's DIN number is attached to this Order.

Department of Corrections and Community Supervision

Find an offender → Incarcerated Lookup

# Incarcerated Lookup

[Start a New Search](#)

[< Back to Search Results](#)

### CARRION, JOSE

**DIN:**   18A1205

| | | | |
|---|---|---|---|
| **Race/Ethnicity:** | **Date of Birth:** | **(age):** | |
| BLACK | 11/04/1970 | 52 years old | |
| **Custody Status:** | | IN CUSTODY | |
| **Housing / Releasing Facility:** | | CLINTON | |
| **County of Commitment:** | | NEW YORK | |
| **Date Received (original):** | | 03/26/2018 | |
| **Date Received (current):** | | 03/26/2018 | |
| **Admission Type:** | | NEW COMMITMENT | |
| **Latest Release Date / Type (Released Only):** | | | |

**Additional commitments to NYS DOCCS**
**Scroll down to view all**

| DIN | Name |
|---|---|
| 18A1205 | CARRION, JOSE |
| 11R0463 | CARRION, JOSE |
| 99R6224 | CARRION, JOSE |

**Crimes of Conviction:**   If all crime fields below contain data, there may be additional crimes not shown here. The crimes shown here are those with the longest sentences as of 10/25/2023)

| Crime | Class |
|---|---|
| RAPE 1ST | B |
| CRIM SEXUAL ACT 1ST | B |
| COURSE SEX CONDUCT-CHILD 2ND | D |
| RAPE 2ND | D |

## Sentence Terms and Release Dates

Under certain circumstances, an incarcerated may be released prior to serving their minimum term and before the earliest release date shown for the individual. As of 10/25/2023

| | |
|---|---|
| **Aggregate Minimum Sentence** | 34 Years, 3 Months, 10 Days |
| **Aggregate Maximum Sentence** | 40 Years, 0 Months, 0 Days |
| **Earliest Release Date** | 01/27/2051 |
| **Earliest Release Type** | PAROLE ELIGIBILITY DATE |
| **Parole Interview Date** | 09/2050 |
| **Parole Interview Type** | INITIAL RELEASE APPEARANCE |

| | |
|---|---|
| **Parole Eligibility Date** | 01/27/2051 |
| **Conditional Release Date** | 01/27/2051 |
| **Maximum Expiration Date** | 10/17/2056 |
| **Maximum Expiration Date for Parole Supervision** | |
| **Post Release Supervision Maximum Expiration Date** | |
| **Parole Board Discharge Date** | |

Information [Data Definitions](#) are provided for most of the elements listed above.

**Department of Corrections and Community Supervision**

Accessibility   Contact   Disclaimer

Language Access   Privacy Policy