UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOSE CARRION,                                                     :
:
Petitioner,                                       :
:     23-CV-7374 (JMF)
-v-                                                 :
:           ORDER
MRS. MCINTOSH,                                                    :
:
Respondent.                                       :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    On December 11, 2023, an Order that was mailed to Petitioner's address on file, Clinton Correctional Facility, 1156 Rt. 374, P.O. Box 2001, Dannemora, NY 12929, was returned to the Court because it was deemed "UNABLE TO FORWARD." It appears that the delivery failure is not due to any change of address on Petitioner's part. According to New York State's online inmate lookup and the return address indicated on the envelope carrying Petitioner's most recent letter, ECF No. 22, Petitioner is still in custody at Clinton Correctional Facility.

    In light of the delivery failure, the Court grants Petitioner until **January 5, 2024** to file a reply to Respondent's opposition.

    Respondent shall ensure that copies of both this order and the Court's November 22, 2023 Order reach Petitioner, either by mail to his address on record or via a reliable method of delivery otherwise available to Respondent. No later than **December 18, 2023**, Respondent shall file proof of such delivery. Respondent's counsel shall promptly advise the Court if they learn that Petitioner's address has changed or that there is another reason that the Clerk of Court was unable to deliver mail to Petitioner's address on record.

    SO ORDERED.

Dated: December 14, 2023
       New York, New York
                                                   JESSE M. FURMAN
                                                 United States District Judge