**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOSE CARRION,

                Petitioner,                23 **CIVIL** 7374 (JMF)

    -against-                        **JUDGMENT**

MRS. MCINTOSH, Superintendent,
Clinton Correctional Facility,
                Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 11, 2024, Carrion's Petition must be and is DISMISSED. As Carrion has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(c); see also, e.g., Matthews v. United States, 682 F.3d 180, 185 (2d Cir. 2012). In addition, this Court certifies, pursuant to Title 28, United States Code, Section 1915(a)(3), that any appeal from the Order would not be taken in good faith, and in forma pauperis status is thus denied. See, e.g., Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**DATED:**  New York, New York
           May 3, 2024

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                       **BY:**      *K. Mango*

                                                    **Deputy Clerk**